**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:         25-cr-351 (JMB/DJF) |
| | ) | Date:             September 18, 2025 |
| Emmanuel Oluwademilade Falade (2), | ) | Courthouse:     Minneapolis |
| | ) | Courtroom:        9W |
| Defendant. | ) | Time Commenced:   1:55 p.m. |
| | ) | Time Concluded:   2:05 p.m. |
| | ) | Time in Court:    10 minutes |

APPEARANCES:

  Plaintiff: Daniel Bobier, Assistant U.S. Attorney
            Joe Thompson, Acting U.S. Attorney
  Defendant: Dan Huddleston, Assistant Federal Defender
  X FPD        X To be appointed for purposed of today. Defendant looking into retaining counsel.


  Date Charges Filed: September 17, 2025          Offense: wire fraud.

            X Advised of Rights

on      X Indictment

_ Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.


X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                          *s/ms*
                                              Signature of Courtroom Deputy