## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## Case No. 25-CR-00351 (JMB-DJF)

United Stated of America,

               Plaintiff,

v.

Christopher Adesoji Falade,

               Defendant.

**NOTICE OF JOINT APPEARENCE**

       The undersigned attorneys hereby notify the Court and counsel that Ryan Pacyga and Marie Pacyga shall appear as counsel of record for Defendant Christopher Adesoji Falade in this case.

Respectfully submitted,

**RYAN PACYGA CRIMINAL DEFENSE**

Dated:  September 24, 2025

By:   /s/Ryan M. Pacyga
     Ryan M. Pacyga (#321576)
     Marie C. Pacyga (#391493)
     860 Blue Gentian Rd., Ste. 175
     Saint Paul, MN 55121
     612-339-5844 (phone)
     *E-mail:  ryan@arrestedmn.com*
     *E-mail: marie@arrestedmn.com*
     *Attorney for Defendant*