## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## Case No. 25-cr-00351 (JMB/DJF)

---

United Stated of America,

                Plaintiff,

v.

Christopher Adesoji Falade,

                Defendant.

**MOTION FOR LEAVE TO
TRAVEL INTERNATIONALLY**

---

Defendant Christopher Adesoji Falade, through his undersigned counsel, hereby respectfully requests permission from this Court to travel to Nigeria with his spouse for the purpose to meet his newborn grandchild.

Mr. Falade is charged by indictment with several counts of wire fraud for alleged fraudulent claims for reimbursement from Minnesota's Housing Stability Services Program. Doc. 1.

Mr. Falade appeared before the Court for an initial appearance on September 18, 2025. The Court set conditions of release restricting travel to Minnesota, among other requirements to surrender his passport and refrain from obtaining a new passport. Doc. 12 at ¶ 7 (d – f). In addition, the order requires that "International travel shall be approved by the Court." Doc. 12 at 7(f). Mr. Falade remains compliant in all respects with the conditions of release.

On October 21, 2025, Mr. Falade's grandchild was born in Nigeria. Doc. 31. Mr. Falade's daughter in law Ms. Ogba currently lives in Nigeria with the child, but is in the process of legally immigrating to the United States to join Mr. Falade's son, codefendant Emmanuel Falade. Doc. 31.

Mr. Falade's grandchild was born prematurely at 33 weeks via emergency C-section after mother was diagnosed with pre-eclampsia. The baby was born in respiratory distress and placed on life support to stabilize the breathing. At this time, the baby is doing better and breathing unassisted. Doc. 31.

Mr. Falade would like to travel with his wife to Nigeria to meet his new grandchild and visit family. If permitted, Mr. Falade would coordinate his travel plans with pretrial services, however it appears the travel dates are currently anticipated as approximately December 1 through approximately December 24, 2025. Mr. Falade seeks an order permitting this international travel. Mr. Falade would also need an amended order allowing him to retrieve his passport from pretrial services to accomplish the travel.

Mr. Falade is not a flight risk. Mr. Falade is a U.S. Citizen. Mr. Falade has significant ties to the community. He has been in the United States since 2002. He presently lives with his wife, Lydia Falade, in Minnesota.

It is anticipated that the Government will object to this motion.

Respectfully submitted,

**RYAN PACYGA CRIMINAL DEFENSE**

Dated:  November 7, 2025          By:     /s/Ryan M. Pacyga
                                                   Ryan M. Pacyga (#321576)
                                                   Marie M. Pacyga (#391493)
                                                   860 Blue Gentian Rd., Ste. 175
                                                   Saint Paul, MN 55121
                                                   612-339-5844 (phone)
                                                   *E-mail:* *ryan@arrestedmn.com*
                                                   *E-mail: marie@arrestedmn.com*
                                                   *Attorneys for Defendant*