# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER ADESOJI FALADE and EMMANUEL OLUWADEMILADE FALADE,<br><br>　　　　　　Defendants. | **COURT MINUTES**<br>BEFORE: JOHN F. DOCHERTY<br>U.S. MAGISTRATE JUDGE<br><br>Case No.  25-CR-351 (JWB/JFD)<br>Date: November 12, 2025<br>Location: Courtroom 6A, St. Paul<br>Court Reporter: Lynne Krenz<br>Time in Court: 4:02 PM– 4:32 PM |

## STATUS CONFERENCE & MOTION HEARING

**APPEARANCES:**

For the United States: Daniel Bobier
For Christopher Adesoji Falade: Ryan M. Pacyga and Marie Celine Pacyga
For Emmanuel Oluwademilade Falade: Robert D. Richman

**PROCEEDINGS**:
The Court held a Status Conference in which the parties gave a report on the status of discovery and provided input into the litigation schedule. A Scheduling Order will follow.

The Court held a Motions Hearing on Emmanuel Oluwademilade Falade's Motion to Modify Conditions of Release (Dkt. No. 31) and on Christopher Adesoji Falade's Motion to Travel Internationally (Dkt. No. 33). For the reasons stated on the record, the Court DENIED both motions. No written order will follow on the travel-related motions.

　　　　　　　　　　　　　　　　　　　　s/DRD
　　　　　　　　　　　　　　　　　　　　Judicial Law Clerk