# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## STATUS CONFERENCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No:        25-CR-351 JWB/JFD |
| | ) | Date:            June 5, 2026 |
| v. | ) | Court Reporter: Lori Morrow |
| | ) | Courthouse:    St. Paul |
| CHRISTOPHER ADESOJI FALADE (1), | ) | Courtroom:     Video Conference |
| EMMANUEL OLUWADEMILADE | ) | Time Commenced: 10:01 a.m. |
| FALADE (2) | ) | Time Concluded:   10:18 a.m. |
| | ) | Time in Court:      17 Minutes |
| Defendants. | ) | |

Before Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    Raymond Beckering III and Matthew C. Murphy, Assistant United States Attorneys
    For Defendants:  Marie Pacyga (1), Retained
                    Robert Richman (2), Retained

PROCEEDINGS:
    Conference held on the status of this case.

                                              s/ D. Dodd
                                              Courtroom Deputy