# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,

       Plaintiff,

v.

Christopher Adesoji Falade (1), and
Emmanuel Oluwademilade Falade (2),

       Defendants.

Crim. No. 25-351 (JWB/JFD)

**TRIAL ORDER**

---

## TRIAL DATE

This case is scheduled for trial on **Friday, July 10, 2026,** beginning at 12:00 p.m., in Courtroom 7A (St. Paul), before Judge Jerry W. Blackwell.

## PRETRIAL CONFERENCE

A pretrial conference will be held on **Friday, July 10, 2026**, at 9:00 a.m., in Courtroom 7A (St. Paul) before Judge Jerry W. Blackwell.

## TRIAL INSTRUCTIONS

1. **Trial Briefs.** By **Wednesday, July 8, 2026**, each party must serve and file a trial brief that includes the following information:

    a. **Trial Counsel.** Each party must list the names, addresses, phone numbers, fax numbers, and email addresses of the attorney(s) who will try the case.

    b. **Length of Trial.** Each party must provide a realistic estimate of the length of the trial, including jury selection and jury charge, if applicable.

    c. **Facts.** Each party must provide a brief summary of the facts that the party intends to prove at trial.

    d. **Unresolved Issues.** Each party must identify any substantive, evidentiary, or procedural issues that remain unresolved. Each party must briefly describe the party's position on the unresolved issues and identify the primary legal authority on which the party relies.

2. **Proposed Voir Dire.** By **Wednesday, July 8, 2026**, each party must file any questions that it requests Judge Blackwell ask prospective jurors during voir dire. The proposed voir dire must be emailed to blackwell_chambers@mnd.uscourts.gov.

3. **Joint Introduction to the Case.** By **Wednesday, July 8, 2026**, the parties must **jointly** file a proposed introduction to the case that Judge Blackwell can read to prospective jurors during voir dire. The introduction should briefly describe the parties, the major issues, the Government's position, and the Defendant's position. The joint proposed introduction must be emailed to blackwell_chambers@mnd.uscourts.gov.

4. **Joint List of Parties, Attorneys, and Witnesses.** By **Wednesday, July 8, 2026**, the parties must **jointly** submit an alphabetized list of the names of all parties, attorneys, and witnesses. Judge Blackwell may provide that list to prospective jurors during voir dire. The joint list of parties, attorneys, and witnesses must be emailed to blackwell_chambers@mnd.uscourts.gov.

5. **Trial-Related Motions and Motions in Limine.** All trial-related motions (including motions in limine) must be served and filed by **Wednesday, July 8, 2026**. Responses to all such motions must be filed by **Thursday, July 9, 2026 at 12:00 p.m.** Each motion in limine must be limited to one discrete issue. No brief in support of, or in opposition to, any motion in limine may exceed 3000 words. No reply brief may be submitted with respect to any motion in limine without prior court permission.

6. **Exhibits.** By **Wednesday, July 8, 2026**, the parties must file a final joint exhibit list, indicating which exhibits are stipulated to. Counsel must meet and confer on the foundation of exhibits and be prepared to present a stipulation on the foundation of exhibits at the pretrial conference.

    a. The Government must mark its first exhibit as "G-1" and number the others sequentially. Defendant must mark its first exhibit as "D-1" and do likewise. The case number must appear on each exhibit.

    b. Only exhibits that are identified on the exhibit list may be offered at trial, unless the omission is excused for good cause.

    c. If workable, the parties shall submit 2 binders of exhibits on the first day of trial. One binder is for the Judge; another is for the witness stand.

    d. All documentary evidence must be converted to an electronic form so it can be displayed from a laptop in the courtroom. The necessary technology will be made available for jurors to view exhibits electronically.

    e. Attorneys will place all admitted evidence onto a thumb drive along with a

linked index to each exhibit. A court laptop will be provided to the jurors so they can view all the electronic evidence. There will be a few exceptions where physical evidence is the only option. Physical evidence will need to be covered in a plastic covering. Paper exhibits are strongly discouraged during trial. Be advised it is up to the Government to get all exhibits by both sides saved onto a thumb drive with attached linked exhibit lists.

    f. Prior to jury deliberations, the parties shall provide the Court with final exhibit lists containing only the admitted exhibits. A copy will go back to the jury deliberation room to assist in reviewing the exhibits. The final exhibit list may not include contested descriptions of exhibits, and once approved, the list will be filed electronically.

7. **Witness Lists.** By **Wednesday, July 8, 2026**, each party must file its final witness list as a sealed filing. At least one business day prior to submission, the parties must exchange lists of the witnesses whom the parties intend to call at trial, as well as a brief description of the substance of the expected testimony of each witness. No person who is not identified on a party's witness list may testify at trial, unless the omission is excused for good cause.

8. **Proposed Jury Instructions.** By **Wednesday, July 8, 2026**, the parties must submit **a single set** of jointly proposed jury instructions. The parties must make every effort to resolve disagreements over the proposed instructions. Any disagreements or competing versions of instructions may be included in this set. A Word version of the proposed instructions must be emailed to blackwell_chambers@mnd.uscourts.gov.

    a. Each proposed instruction must be numbered, appear on a separate page, and identify supporting legal authority.

    b. Any citation to a set of model jury instructions or a jury-instruction treatise must be to the current version of the cited source unless a party has good cause to cite an older version and explains why it is citing the older version.

    c. **Counsel are encouraged to use the Eighth Circuit's jury instruction builder.**

9. **Daily Transcripts.** If any party intends to order daily transcripts of the trial, that party should contact Judge Blackwell's court reporter, Lori Morrow (651-848-1227), as soon as possible, so that she can make arrangements for other court reporters to assist her during the trial. Ms. Morrow's email address is Lori_Morrow@mnd.uscourts.gov.

Date: July 2, 2026

                                          *s/ Jerry W. Blackwell*
                                          JERRY W. BLACKWELL
                                          United States District Judge