UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-351 (JWB/JFD)

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

CHRISTOPHER ADESOJI FALADE and
EMMANUEL OLUWADEMILADE
FALADE,

      Defendants.

**GOVERNMENT'S MOTION FOR
LEAVE TO FILE UNDER SEAL**

The United States of America, by and through its undersigned attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, Matthew Murphy, Assistant United States Attorney, and Raymond Beckering III of the Fraud Section, Criminal Division, hereby moves the Court for leave to file the Court ordered response on July 6, 2026 (see Dkt. 72) under seal pursuant to Local Rule 49.1. The reason for the sealing is that the response to be filed will reference grand jury materials and proceedings.

Accordingly, the United States respectfully requests that the Court grant it permission to file a response under seal.

Dated: July 2, 2026               Respectfully Submitted,

                                  DANIEL N. ROSEN
                                  United States Attorney

                                  *s/ Matthew C. Murphy*
                                  BY: MATTHEW C. MURPHY
                                  Assistant United States Attorney

                                  LORINDA LARYEA
                                  Chief, Fraud Section
                                  Department of Justice
                                  Criminal Division

                                  /s/ *Raymond Beckering III*
                                  RAYMOND BECKERING III
                                  Trial Attorney