**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Case No. 25-cr-00351 (JWB/JFD)**

---

United States of America,

Plaintiff,

v.

Christopher Adesoji Falade,

Defendant.

**MOTION TO JOIN CODEFENDANT'S MOTION FOR RELIEF FROM PREJUDICIAL JOINDER OF DEFENDANTS (DOC. NO. 117)**

---

Defendant Christopher Falade, through his undersigned attorneys, moves the Court for an order permitting him to join in codefendant Emmanuel Falade's Motion for Relief from Prejudicial Joinder of Defendants (Doc. No. 117), and for an order that Christopher Falade be tried separately from codefendant Ernisha Roberts.

Respectfully submitted,

**PACYGA TRIAL LAWYERS**

Dated: October 8, 2026

By: /s/Ryan M. Pacyga

Ryan M. Pacyga (#321576)
860 Blue Gentian Rd., Ste. 175
Eagan, MN 55121
612-339-5844 (phone)
ryan@mntriallaw.com
*Attorney for Defendant*