UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v. CASE 0:25-cr-00351-JWB-JFD

ERNISHA ROBERTS,

Defendant.

**UNITED STATES' BRIEF IN RESPONSE TO DEFENDANT ERISHA ROBERTS'S MOTION TO SUPPRESS SEARACH AND SEIZURE**

Defendant Ernisha Roberts ("Defendant") moves to suppress evidence seized during the search of her employer's business on July 16, 2025, pursuant to a federal search warrant. Specifically, Defendant moves to suppress evidence seized from "a personal laptop and a bag containing personal items . . . ." (Mot, Doc. No. 118, p. 1).

The Government has reviewed this matter and determined that it does intend to admit any evidence obtained from the personal laptop or bag containing personal items at issue in any trial or other proceeding involving this Defendant. For this reason, the Government respectfully requests that the Court dismiss Defendant's motion as now moot.

Respectfully submitted,

Date: October 22, 2026

DANIEL N. ROSEN
United States Attorney
District of Minnesota

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division

United States Department of Justice

By: <u>*/s/ Raymond E. Beckering III*</u>

Raymond E. Beckering III
Trial Attorney
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-262-8176
Raymond.Beckering.III@usdoj.gov