UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v. CASE 0:25-cr-00351-JWB-JFD

ERNISHA ROBERTS,

Defendant.

**UNITED STATES' CORRECTED BRIEF IN RESPONSE TO DEFENDANT ERISHA ROBERTS'S MOTION TO SUPPRESS SEARACH AND SEIZURE**

Defendant Ernisha Roberts ("Defendant") moves to suppress evidence seized during the search of her employer's business on July 16, 2025, pursuant to a federal search warrant. Specifically, Defendant moves to suppress evidence seized from "a personal laptop and a bag containing personal items . . . ." (Mot, Doc. No. 118, p. 1).

The Government previously filed its response which, consistent with its position, expressed on the record and as directed by the Court files this corrected brief in response to Defendant's motion. The Government has reviewed this matter and determined that it does **not** intend to admit any evidence obtained from the personal laptop or bag containing personal items at issue in any trial or other proceeding involving this Defendant. For this reason, the Government respectfully requests that the Court dismiss Defendant's motion as now moot.

Respectfully submitted,

Date: October 30, 2026

DANIEL N. ROSEN
United States Attorney

District of Minnesota

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division
United States Department of Justice

By: _/s/ Raymond E. Beckering III_
Raymond E. Beckering III
Trial Attorney
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-262-8176
Raymond.Beckering.III@usdoj.gov